### 15585.   KENT *et al. v.* FROST.

LUKE, J. 1. In a garnishment proceeding, where indebtedness is admitted to the defendant, a claimant cannot legally obtain judgment in his favor without traversing the answer of the garnishee. *Booth* v. *Brooke,* 6 *Ga. App.* 299 (64 S. E. 1103). The court properly directed a verdict for the plaintiff in fi. fa.

2. Neither upon the ground of newly discovered evidence nor for any reason assigned did the court err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Claim; from Treutlen superior court—Judge Graham.    April 7, 1924.

*W. B. Kent,* for plaintiffs in error.

*D. R. Jackson,* contra.